# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 30, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

162184-5(23)(24)

ROBERT DAVIS,
     Plaintiff-Appellee,

v

SECRETARY OF STATE,
     Defendant-Appellant.

SC: 162184
COA: 355265
Ct of Claims: 2020-000207-MZ

_____

THOMAS LAMBERT, MICHIGAN OPEN
CARRY, INC., MICHIGAN GUN OWNERS,
and MICHIGAN COALITION FOR
RESPONSIBLE GUN OWNERS,
     Plaintiffs-Appellees,

v

SECRETARY OF STATE and ATTORNEY
GENERAL,
     Defendants-Appellants.

SC: 162185
COA: 355266
Ct of Claims: 2020-000208-MZ

_____/

On order of the Chief Justice, the motions of the Attorneys General of Massachusetts, the District of Columbia, *et al*. to file a brief amicus curiae and for immediate consideration are GRANTED. The amicus brief submitted on October 30, 2020, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 30, 2020



Clerk